## Davis v. The State.

APPEAL from the City Court of Mobile.
Tried before the Hon. O. J. SEMMES.

WILLIAM P. MOLETT, MCCARRON & LEWIS and C. L. HYBART, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree, and was sentenced to be hanged. The judgment is affirmed on the authority of *Martin v. State*, 119 Ala. 1.

Opinion PER CURIAM.

---

## Pruitt v. The State.

APPEAL from the City Court of Mobile.
Tried before the Hon. O. J. SEMMES.

W. P. MARTIN and A. S. WILLIAMS, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the first degree, and sentenced to the penitentiary for life. The judgment of conviction is affirmed.

Opinion by SHARPE, J.